## VICTOR TALKING MACH. CO. v. SONORA PHONOGRAPH CO.

### (Circuit Court, S. D. New York. November 17, 1911.)

PATENTS (§ 326*)—SUIT FOR INFRINGEMENT—VIOLATION OF INJUNCTION—PUNISHMENT FOR CONTEMPT.

A motion to punish a defendant for contempt for violating an injunction against infringement of a patent denied, where there was no evidence to show that, if the two or three machines admittedly sold by defendant were infringements, complainant sustained any damages because of the sales.

[Ed. Note.—For other cases, see Patents, Cent. Dig. §§ 613–619; Dec. Dig. § 326.*]

In Equity. Suit by the Victor Talking Machine Company against the Sonora Phonograph Company. On motion to punish defendant for contempt for violation of injunction against sale of infringing machines. Motion denied.

See, also, 188 Fed. 330.

Horace Pettit, for complainant.
Waldo G. Morse, for defendant.

LACOMBE, Circuit Judge. Upon the argument I formed the impression that in the machine, which defendant conceded that it had sold in substantially the condition in which it now is, the amount of "swing" or "looseness" of the arm was such as to bring it fairly within the terms of the injunction. It has not seemed necessary to examine this branch of the case more extensively, nor to determine whether the original impression be or be not correct, because of the absence of any evidence upon which the amount of a remedial fine could be determined. There is nothing to show what pecuniary loss or damage plaintiffs have sustained in consequence of the sale of these two or three machines.

The motion is denied.